STATE OF NEW JERSEY v. LESTER GILBERT, SR.

September 21, 1972. Petition for certification denied.

ROSS DE LIA, IND., *ET AL.* v.
LEO KIERNAN, TAX ASSESSOR, *ETC.*

September 21, 1972. Petition for certification denied. (See 119 *N. J. Super.* 581).

STATE OF NEW JERSEY v. MAE DAVIS.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. NICHOLAS GUIDA, JR., *ET AL.*

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. FREDDIE LOVE.

September 21, 1972. Petition for certification denied.

ALLEN B. KENDALL, *ET AL.* v. SAMUEL WEINSTEIN, *ET AL.*

September 21, 1972. Petition for certification denied.